# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RUBEN LOPEZ-LOPEZ                                                            PETITIONER

v.                            NO. 2:05CV00345 SWW

LINDA SANDERS, Warden, FCI                                                   RESPONDENT
Forrest City, Arkansas

## JUDGMENT

In accordance with the order entered this day, judgment is entered for respondent Linda Sanders.  All requested relief is denied.

IT IS SO ORDERED this 14TH day of June, 2006.

                                           /s/Susan Webber Wright
                                   UNITED STATES DISTRICT JUDGE